UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KENNETH COX,

    Plaintiff,                    Civil No. 10-14561

v.                                  HONORABLE AVERN COHN

FORREST DOTSON,

    Defendant.
_____/

## **JUDGMENT**

For the reasons stated in the Order entered and filed on this date, defendant's Motion for Summary Judgment is GRANTED and judgment is entered in favor of the defendant and against the plaintiff.

                                                DAVID WEAVER

Dated: January 6, 2012          By: s/Julie Owens
                                              Deputy Clerk